UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CALVIN THOMAS ELAM,<br><br>   Petitioner,<br><br>v.<br><br>WARDEN BEAN, et al.,<br><br>   Respondents. | Case No. 2:23-cv-02137-GMN-EJY<br><br>**ORDER** |

Petitioner Calvin Thomas Elam, a *pro se* Nevada prisoner, has submitted a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, an incomplete motion to proceed *in forma pauperis* ("IFP"), and a motion for appointment of counsel. (ECF Nos. 2, 2-1, 2-2.)

This court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.  Elam filed an IFP application and his acknowledgment, but he has not filed a completed financial certificate or a copy of his account statement for the prior six months. (*See* ECF No. 2.)  Elam acknowledges this deficiency, explaining that he has requested the missing documents but that the prison takes "several months" to process such requests. (ECF No. 2-3.) Elam has 60 days from the date of this order to file his financial certificate and copy of his account statement, and he may move for an extension of time if needed.

It is therefore ordered that the initial screening of Elam's Petition for Writ of Habeas Corpus (ECF No. 2-1) under the Rules Governing Section 2254 Cases and consideration of his motion for counsel (ECF No. 2-2) are deferred until such time as he has fully complied with this order.

It is further ordered that within 60 days of the date of this order, Elam must file (1) a financial certificate signed by Elam and an authorized prison official, and (2) a copy of his inmate account statement for the six-month period prior to filing. Elam's failure to comply with this order will result in the dismissal of this action without prejudice and without further advance notice.

Dated: December 29, 2023

_____
Gloria M. Navarro, Judge
United States District Court