**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CALVIN THOMAS ELAM,

                                    Petitioner,

v.

WARDEN BEAN, et al.,

                                    Respondents.

Case No. 2:23-cv-02137-GMN-EJY

**ORDER**

This *pro se* habeas matter comes before the court on Petitioner Calvin Thomas Elam's motion to extend time. (ECF No. 5.)  On December 29, 2023, this court ordered Elam to file a financial certificate and a copy of his inmate account statement within 60 days. (ECF No. 4.) That 60-day deadline expires on February 27, 2024.  Elam requests additional time to submit his financial certificate and inmate account statement. (ECF No. 5.)  This court finds good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time (ECF No. 5) is granted. Petitioner Calvin Thomas Elam has until April 26, 2024, to file his financial certificate and inmate account statement.

Dated: February 27, 2024

_____
Gloria M. Navarro, Judge
United States District Court