# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CALVIN THOMAS ELAM,<br><br>                      Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>                      Respondents. | Case No. 2:23-cv-02137-GMN-EJY<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION<br>OF TIME**<br><br>[ECF No. 10] |

This matter comes before this Court on *pro se* Petitioner Calvin Thomas Elam's Motion for Enlargement of Time to file his response to this Court's Order to Show Cause. (ECF No. 10.) This is Elam's first request for an extension of this deadline. This Court finds that good cause exists to grant the Motion.

It is therefore Ordered that the Motion for Enlargement of Time (ECF No. 10) is **GRANTED**. Elam has up to and including July 3, 2024, to file his response to this Court's Order to Show Cause.

Dated: May 2, 2024

                                                                                                                _____
                                                                                                                Gloria M. Navarro, Judge
                                                                                                                 United States District Court