**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CALVIN THOMAS ELAM,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　　　　Respondents. | Case No. 2:23-cv-02137-GMN-EJY<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION<br>OF TIME**<br><br>**[ECF No. 12]** |

　　　This matter comes before this Court on *pro se* Petitioner Calvin Thomas Elam's Motion for Enlargement of Time to file his response to this Court's Order to Show Cause. (ECF No. 12.) This is Elam's second request for an extension of this deadline. This Court finds that good cause exists to grant the Motion, but any further requests for an extension of this deadline will be viewed unfavorably absent extraordinary circumstances.

　　　It is therefore Ordered that the Motion for Enlargement of Time (ECF No. 12) is **GRANTED**. Elam has up to and including September 2, 2024, to file his response to this Court's Order to Show Cause.

Dated: July 9, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court